### UNITED STATES of America, Plaintiff–Appellee,

v.

### Eric Bernard HOPE, Defendant–Appellant.

No. 02–6089.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Eric Bernard Hope, Appellant Pro Se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Eric Bernard Hope seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hope,* Nos. CR–99–7–V; CA–01–51–3–V–1 (W.D.N.C. filed Dec. 19, 2001, entered Dec. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*